

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAMIREZ-ALEJO, SERGIO,<br><br>    Defendant. | Case No. 11CR3185-GT<br><br>**ORDER** |

IT IS HEREBY ORDERED that Sentencing Hearing currently set for November 7, 2011 at 9:30 a.m. shall be continue to December 7, 2011 at 9:30 a.m.

Dated: 9-1-11

UNITED STATES DISTRICT JUDGE
GORDON THOMPSON, JR.